United States District Court
Southern District of Texas
**ENTERED**
November 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Tremaine Gordon, et al., § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action H-22-4109 |
| § | |
| Lowe's Home Centers, LLC, et al., § | |
| *Defendants*. § | |

### ORDER

A hearing on Defendant's Motion to Withdraw, ECF No. 52, is set for November 30, 2023, at 2:00 p.m. in Courtroom 703. Goldie Nickelson is required to appear at this hearing. Defense counsel shall provide a copy of this order to Mr. Nickelson. The clerk's office shall also send a copy of this order to Mr. Nickelson at his last known address, to be provided to the court by defense counsel.

Signed at Houston, Texas, on November 15, 2023.

_____
Peter Bray
United States Magistrate Judge