UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREMAINE GORDON AND CYNTHIA L. COVINGTON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-CV-04109 |
| LOWE'S HOME CENTERS, LLC, THOMAS WILLTROUT, AND GOLDIE NICKELSON, | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the October 13, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 50). Judge Bray made findings and conclusions and recommended that Defendants' Motion for Partial Dismissal of Plaintiff Tremaine Gordon's Amended Complaint, (Dkt. No. 29), and Defendants' Motion for Partial Dismissal of Plaintiff Cynthia L. Covington's Amended Complaint, (Dkt. No. 30), be denied. (Dkt. No. 50).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that Judge Bray's M&R (Dkt. No. 50) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(1) Defendant's Motion for Partial Dismissal of Plaintiff Tremaine Gordon's Amended Complaint is **DENIED**; and

(2) Defendants' Motion for Partial Dismissal of Plaintiff Cynthia Covington's Amended Complaint is **DENIED.**

It is SO ORDERED.

Signed on November 21, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**