United States District Court
Southern District of Texas
**ENTERED**
January 12, 2024
Nathan Ochsner, Clerk

**Cause Number:**  4:22-CV-4109

**Style:**  Tremaine Gordon et al., v. Lowe's Home Centers, LLC, et al.

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Lisa Ventress | Tremaine Gordon |
|  | Cynthia L. Covington |
| Claudine Jackson | Lowe's Home Centers, LLC |
|  | Thomas Willtrout |
|  | Goldie Nickelson |

Date:  January 12, 2024            ERO:        Yes

Time:  11:00 – 11:22 p.m.

# HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

The Motion to Withdraw, ECF No. 52, is **GRANTED.**

The parties were ordered to meet and confer in the courtroom after the hearing. All discovery deficiencies shall be cured by January 19, 2024.

Defendants' Motion to Sever, ECF No. 60 is **TERMINATED** without prejudice to refiling with other dispositive motions.

A separate scheduling order will be entered.

The Clerk will file the Minutes and Order and provide copies to the parties.

Peter Bray
United States Magistrate Judge