UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA L.COVINGTON<br>TREMAINE GORDON,<br><br>    Plaintiff<br><br>V.<br><br>LOWE'S HOME CENTERS, LLC<br>THOMAS ("TREY") WILLTROUT, IN HIS<br>OFFICIAL AND INDIVIDUAL<br>CAPACITIES; AND GOLDIE NICKELSON,<br>IN HIS OFFICIAL AND INDIVIDUAL<br>CAPACITIES.<br><br>    Defendant | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO  4:22-CV-04109<br><br>(JURY TRIAL DEMANDED) |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendants Lowe's Home Centers, LLC and Thomas ("Trey") Willtrout consent to and respectfully move to substitute Maritza Y. Sanchez as co-counsel of record for Defendants in this action and to withdraw Andrea W. Paris as counsel for Defendants.

Claudine G. Jackson, who is lead counsel in this matter, will remain lead counsel. Ms. Paris however is no longer an attorney at Phelps Dunbar LLP.  Defendants therefore request that the Court allow Maritza Y. Sanchez to substitute in as co-counsel in this matter in place of Ms. Paris. Ms. Sanchez's contact information is as follows:

Maritza Y. Sanchez
Texas State Bar No. 24089242
SD #3667770
Phelps Dunbar, LLP
201 Main Street, Suite 1350
Fort Worth, Texas 76102
(817) 386-1166 – Telephone
(817) 386-1170 – Facsimile
maritza.sanchez@phelps.com

PD.44354544.1

This withdrawal and substitution of counsel will not delay litigation of his case. Accordingly, Defendants request that the Court grant their Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

BY:   */s/ Maritza Y. Sanchez*
      Claudine G. Jackson
      Attorney-in-Charge
      Texas State Bar No.: 00793800
      SD# 982259
      Maritza Y. Sanchez
      Texas State Bar No.: 24089242
      SD# 3667770

      Phelps Dunbar LLP
      201 Main Street, Suite 1350
      Fort Worth, Texas 76102
      Telephone: 817 386 1166
      Facsimile: 817 386 1170
      Email: claudine.jackson@phelps.com
      Email: maritza.sanchez@phelps.com

      **ATTORNEYS FOR DEFENDANTS LOWE'S HOME CENTERS LLC AND THOMAS "TREY" WILLTROUT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel and they do not oppose this motion.

      */s/ Maritza Y. Sanchez*
      Maritza Y. Sanchez

## CERTIFICATE OF SERVICE

      On this 8th day of February 2024, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court for the Southern District of Texas, using the electronic case filing system of the court. I therefore certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    Lisa Ventress
    The Ventress Firm, P.C.
    1322 Space Park Dr., Ste. C222
    Houston, TX 77058
    lisa@theventressfirm.com

    Victoria L. Plante
    Plante Law Firm, P.C.
    5177 Richmond Avenue, Suite 1140
    Houston, TX  77056
    victoria@plantelawfirm.com

                                              */s/ Maritza Y. Sanchez*
                                              Maritza Y. Sanchez