UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA L.COVINGTON<br>TREMAINE GORDON,<br><br>  Plaintiffs<br><br>V.<br><br>LOWE'S HOME CENTERS, LLC<br>THOMAS ("TREY") WILLTROUT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; AND GOLDIE NICKELSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES.<br><br>  Defendant | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO 4:22-CV-4109<br><br>(JURY TRIAL DEMANDED) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

ON THIS DATE, this Court considered the Unopposed Motion to Withdraw and Substitute Counsel ("Motion") filed by Defendants Lowe's Home Centers, LLC and Thomas ("Trey") Willtrout, and having considered the Motion, this Court finds the Motion is based on good grounds. The Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Maritza Y. Sanchez of the Phelps Dunbar LLP law firm is substituted as co-counsel of record for Defendants in the above-styled and numbered case, and Andrea W. Paris is removed as counsel of record for Defendants.

DATED: _____, 2024

_____
JUDGE PRESIDING