United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Cynthia L. Covington, et al., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action H-22-4109 |
| Lowe's Home Centers, LLC, et al., *Defendants*. | § § § | |

### ORDER

Defendant's Motion to Exceed Word Limit, ECF No. 67, is **GRANTED.** Defendants' Motions for Summary Judgment shall be no longer than 10,000 words. Responses shall be no longer than 10,000 words, and replies shall be no longer than 5,000 words.

Signed at Houston, Texas, on May 28, 2024.

Peter Bray
United States Magistrate Judge