United States District Court
Southern District of Texas
**ENTERED**
June 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Cynthia L Covington §<br>Tremaine Gordon, §<br>§<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>Lowe's Home Centers, LLC, §<br>Thomas ("Trey") Willtrout, in his official and §<br>individual capacities, Goldie Nickelson §<br>in his official and individual capacities. §<br>§<br>*Defendants.* § | CIVIL ACTION NO. 4:22-cv-4109<br><br>(JURY TRIAL DEMANDED) |

### ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT and MOTION TO SEVER

Came to be heard on this day was Plaintiffs' Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment and Motion to Sever. The court having considered the motion finds that it should be **GRANTED**.

IT IS ORDERED that Plaintiffs' Responses to Defendant's Motion for Summary Judgment and Motion to Sever is extended to **July 24, 2024.**

SIGNED this 5 day of June, 2024.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate