United States District Court
Southern District of Texas
**ENTERED**
July 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cynthia L Covington | § | |
| Tremaine Gordon, | § | |
| | § | |
| *Plaintiffs,* | § | CIVIL ACTION NO. 4:22-cv-4109 |
| | § | |
| v. | § | **(JURY TRIAL DEMANDED)** |
| | § | |
| Lowe's Home Centers, LLC, | § | |
| Thomas ("Trey") Willtrout, in his official | § | |
| individual capacities, Goldie Nickelson | § | |
| in his official and individual capacities. | § | |
| | § | |
| *Defendants.* | | |

### ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT and MOTION TO SEVER

Came to be heard on this day was Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment and Motion to Sever. The court having considered the motion finds that it should be **GRANTED**.

IT IS ORDERED that Plaintiffs' Responses to Defendant's Motion for Summary Judgment and Motion to Sever is extended to **August 24, 2024.**

SIGNED this 9th day of July, 2024.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate