**EXHIBIT CC**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 460-2022-02176 |

Texas Workforce Commission Civil Rights Division                    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Cynthia Covington | 713-265-8910 | 03/29/1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8335 Sterlingshire St. | Houston, TX 77078 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Lowe's Home Improvement | 15+ | 713-426-6300 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1521 North Loop West | Houston Heights, TX 77008 |

RECEIVED 24 JAN 2022 Houston District Office US EEOC

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04/2020    Latest: 06/2021
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Black, Female, over forty (40). I became employed at Lowe's Home Improvement on or around February 27, 2000. I worked as a Receiving Clerk. I was qualified for my job and was known to meet performance standards for my department and job title. I had no history of disciplinary issues.

Between 2018-2019 a new manager, Goldie Nickelson ("Nickelson"), Black male was hired. He immediately began targeting employees, and began to harass them. The store manager Trey, white male, was also aware of Goldie's behavior. Goldie was responsible for targeting and terminating at least three other Black Female employees. If men were terminated they were reinstated to their position, women were not. Matthew, white male, terminated and rehired. Jeff, white male replaced three terminated Black female employees. On or around 2019, Goldie began assigning me tasks that violated my workplace restrictions. He did this for months.

On or around March 29, 2020, I was hospitalized and on life support due to Covid-19.
I returned to work in September of 2020, with restrictions. I received an accommodation from Lowe's. I also had multiple medical conditions prior to Covid, all of which the company was aware. When I returned to work, I became a greater target for Nickelson. I called the Lowe's Corporate Compliance and Ethics hotline & reported. Following my report he began to retaliate against me, and I began receiving back to back write ups. He also denied my time off requests while approving others. He ignored me, but directly spoke to other employees, and gave an excuse why I couldn't take a vacation or a day off to go to the doctor.

In addition to the hotline complaint, I also complained to HR. I made a report to Ms. Twyla Bradford as early as October or December of 2020, she said that "her hands were tied" and nothing was done. Following my reports, I remained a target, and I was terminated in June of 2021.

I believe that I have been discriminated against and retaliated against, due to my Race (Black), Gender (Female), and disability in violations of Title VII of the Civil Rights Act of 1964 as amended, the Texas Commission on Human Right Act and 42 USC §1981.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/24/2022                *Cynthia Covington*
Date                     ID oRnGz2B2zbpvee3ssTVUsrBk
                         Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*