United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREMAINE GORDON and CYNTHIA L. COVINGTON, § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 4:22-CV-04109 |
| LOWE'S HOME CENTERS, LLC, THOMAS WILLTROUT, and GOLDIE NICKELSON, § § § § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 22, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 95). Judge Bray made findings and conclusions and recommended that Defendant Lowe's Home Centers, LLC's (Lowe's) Motion for Summary Judgment on Cynthia Covington's Claims, (Dkt. No. 71), be granted in part and denied in part; Defendant Thomas Willtrout's Motion for Summary Judgment on Cynthia Covington's Claims, (Dkt. No. 72), be granted; Defendants' Objections to Plaintiff's Summary Judgment Evidence, (Dkt. No. 83), be sustained in part and denied in part; Plaintiff Covington's Motion for Leave to Submit a Motion to Strike Lowe's Untimely Reply in its Entirety, or in the Alternative to Strike Lowe's New Arguments, or in the Alternative for Leave to File Surreply, (Dkt. No. 90), be denied as moot; Plaintiff Covington's Motion to Strike Lowe's Untimely Reply in its Entirety, or in the Alternative to Strike Lowe's New Arguments, or in the Alternative

for Leave to File a Surreply, (Dkt. No. 85), be denied; and Lowe's Motion to Strike Plaintiff Cynthia L. Covington's Surreplies and Response to Covington's Motions for Leave to File a Surreply, (Dkt. No. 92), be denied.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 95) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Lowe's Home Centers, LLC's (Lowe's) Motion for Summary Judgment on Cynthia Covington's Claims, (Dkt. No. 71), is **GRANTED in part** and **DENIED in part**;

(3) Defendant Thomas Willtrout's Motion for Summary Judgment on Cynthia Covington's Claims, (Dkt. No. 72), is **GRANTED**;

(4) Defendants' Objections to Plaintiff's Summary Judgment Evidence, (Dkt. No. 83), are **SUSTAINED in part** and **DENIED in part**;

(5) Plaintiff Covington's Motion for Leave to Submit a Motion to Strike Lowe's Untimely Reply in its Entirety, or in the Alternative to Strike Lowe's New Arguments, or in the Alternative for Leave to File Surreply, (Dkt. No. 90), is **DENIED as MOOT**;

(6) Plaintiff Covington's Motion to Strike Lowe's Untimely Reply in its Entirety, or in the Alternative to Strike Lowe's New Arguments, or in the Alternative for Leave to File a Surreply, (Dkt. No. 85), is **DENIED**; and

(7) Lowe's Motion to Strike Plaintiff Cynthia L. Covington's Surreplies and Response to Covington's Motions for Leave to File a Surreply, (Dkt. No. 92), is **DENIED**.

It is SO ORDERED.

Signed on February 11, 2025.

                                                **DREW B. TIPTON**
                                      **UNITED STATES DISTRICT JUDGE**