United States District Court
Southern District of Texas

**ENTERED**

December 11, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TREMAINE GORDON and | § | |
| CYNTHIA L COVINGTON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-04109 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| THOMAS WILLTROUT and GOLDIE | § | |
| NICKELSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 24, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 123). Judge Bray made findings and conclusions and recommended that Defendants Lowe's Home Centers, LLC ("Lowe's") and Thomas Willtrout's Motions for Summary Judgment, (Dkt. Nos. 103, 104), be granted; that Defendants Lowe's and Willtrout's Objections to Plaintiff Tremaine Gordon's Declarations, (Dkt. No. 117), be denied as moot; and that Defendant Lowe's Amended Motion to Sever, (Dkt. No. 105), be denied as moot, (Dkt. No. 123).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On December 8, 2025, Plaintiff Tremaine Gordon filed objections to Judge Bray's M&R. (Dkt. No. 124). Gordon's objections boil

down to claims that Judge Bray's M&R "resolves factual inferences and credibility [determinations] that Rule 56 reserves for a jury." (*Id.* at 3).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)    Judge Bray's M&R, (Dkt. No. 123), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendants Lowe's and Willtrout's Motions for Summary Judgment, (Dkt. Nos. 103, 104), are **GRANTED**;

(3)    Defendants Lowe's and Willtrout's Objections to Plaintiff Tremaine Gordon's Declarations, (Dkt. No. 117), are **DENIED as MOOT**; and

(4)    Defendant Lowe's Amended Motion to Sever, (Dkt. No. 105), is **DENIED as MOOT**.

It is SO ORDERED.

Signed on December 11, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**